680

No. 563. UNITED STATES v. HENDLER, TRANSFEREE. December 6, 1937. Petition for writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit granted. *Solicitor General Reed* for the United States. *Mr. Randolph Barton, Jr.,* for respondent.

No. 536. SANTA CRUZ FRUIT PACKING Co. v. NATIONAL LABOR RELATIONS BOARD. December 6, 1937. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit granted. *Mr. J. Paul St. Sure* for petitioner. *Solicitor General Reed,* and *Messrs. Robert L. Stern, Charles Fahy,* and *Philip Levy* for respondent.

No. 597. HELVERING, COMMISSIONER OF INTERNAL REVENUE, v. FREEDMAN. December 6, 1937. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit granted. *Solicitor General Reed* for petitioner. *Mr. John W. Townsend* for respondent.

No. 414. LEADER ET AL. v. APEX HOSIERY Co. See *ante,* p. 656.

No. 558. SHARP ET AL. v. COMMISSIONER OF INTERNAL REVENUE. December 13, 1937. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit granted. *Mr. Charles C. Norris, Jr.,* for petitioners. *Solicitor General Reed, Assistant Attorney General Morris,* and *Messrs. Sewall Key* and *Carlton Fox* for respondent.